

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00004-CV

James H. Hite, Jimbeth Hite and WANOP, LLC
v.
John Ackers and Susan Ackers

On appeal from the
197th District Court of Willacy County, Texas
Trial Cause No. 2016-CV-0337-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are taxed against appellants.

We further order this decision certified below for observance.

March 2, 2017